**2008–0433. State v. Ramsey.**
Lorain App. No. 06CA009074, 2007-Ohio-6687. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2008–0436. State v. Lewis.**
Greene App. No. 2006CA0119, 2007-Ohio-6607. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2008–0448. State v. Ramos.**
Geauga App. No. 2007–G–2773, 2007-Ohio-6934. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.

**2008–0496. State v. Harsh.**
Butler App. No. CA2007–03–083. On first and second motions for emergency stay of the court of appeals' judgment. Motions denied.

**2008–0557. Carrion v. Beightler.**
In Habeas Corpus. On petition for writ of habeas corpus of Jose Antonio Carrion.

Sua sponte, the writ is allowed. Allowing the writ means only that a return is ordered. See *Reed v. Kinkela* (1998), 84 Ohio St.3d 1427, 702 N.E.2d 903; *Hernandez v. Kelly,* 107 Ohio St.3d 1430, 2005-Ohio-6400, 838 N.E.2d 670.

Respondent shall file a return of writ within 21 days of service of the petition and petitioner may file a response within ten days after the return is filed. Petitioner's physical presence before the court will not be required.

## APPEALS ACCEPTED FOR REVIEW

**2007–2373. State v. Boswell.**
Cuyahoga App. Nos. 88292 and 88293, 2007-Ohio-5718.

O'DONNELL and LANZINGER, JJ., would also hold the cause for the decision in 2007–0983 and 2007–1047, *State v. Clark,* Ashtabula App. No. 2006-A-0004, 2007-Ohio-1780.

MOYER, C.J., and PFEIFER and O'CONNOR, JJ., dissent.

**2007–2422. Mandelbaum v. Mandelbaum.**
Montgomery App. No. 21817, 2007-Ohio-6138. Discretionary appeal accepted and cause consolidated with 2008–0375, *Mandelbaum v. Mandelbaum,* Montgomery App. No. 21817, 2007-Ohio-6138.

**2007–2443. State v. Pasqualone.**
Ashtabula App. No. 2007–A–0005, 2007-Ohio-6725.

O'CONNOR, J., would accept the appeal and remand the cause for application of *State v. Crager,* 116 Ohio St.3d 369, 2007-Ohio-6840, 879 N.E.2d 745.

PFEIFER, J., dissents.

CUPP, J., not participating.

**2008–0215. State v. Sanchez.**
Greene App. No. 06–CA–154, 2007-Ohio-6697. Discretionary appeal accepted and cause consolidated with 2008–0429, *State v. Sanchez,* Greene App. No. 06–CA–154, 2007-Ohio-6697.